EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos por motivo de la concesión de la mañana del 24 de diciembre de 2012 y el día 31 de diciembre de 2012 | 2012 TSPR 185<br><br>187 DPR ____ |

Número del Caso: EM-2012-10

Fecha: 14 de diciembre de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


Extensión de Términos
por motivo de la concesión
de la mañana del 24 de
diciembre de 2012 y el día          EM-2012-10
31 de diciembre de 2012


RESOLUCIÓN


San Juan, Puerto Rico, a 14 de diciembre de 2012.


El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del lunes 24 de diciembre de 2012 sin cargo a vacaciones, y el día 31 diciembre de 2012, libre con cargo a la licencia de vacaciones.

A tal efecto, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73, y se considerarán los días 24 de diciembre de 2012 y 31 de diciembre de 2012, como días feriados. Cualquier término a vencer el lunes 24 de diciembre de 2012, se extenderá hasta el miércoles 26 de diciembre de 2012, y cualquier término a vencer el lunes 31 de diciembre de 2012, se extenderá hasta el próximo día laborable, miércoles 2 de enero de 2013.

Se ordena la inmediata difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo